■ CHASE MANHATTAN BANK, N. A., Respondent-Appellant, v PETER FRITZ, Individually and as Agent for WARREN HOLDING Co., et al., Appellants-Respondents, et al., Respondents, et al., Defendants. (Action No. 1.) (And Three Other Actions.) — On the court's own motion, the decision and order (both dated September 7, 1982) in the above-captioned matter are amended *nunc pro tunc* so that the decretal paragraph reads as follows: Judgment modified, on the law and the facts, by providing that there shall be a recomputation of the amount due Chase Manhattan Bank, N. A. As so modified, judgment affirmed, without costs or disbursements, and matter

remitted to Trial Term for entry of an appropriate amended judgment in accordance herewith. Mollen, P. J., Niehoff, Rubin and Boyers, JJ., concur.